02-11-133-CV













 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

  

NO. 02-11-00133-CV  

 




 
 
 In re Jon Earl Phelan
 
 
  
 
 
 RELATOR
 
 




 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                      
------------

The
court has considered relator’s petition for writ of mandamus and is of the
opinion that relief should be denied.  Accordingly, relator’s petition for
writ of mandamus is denied.

PER CURIAM

 

 

PANEL: 
WALKER, J.; LIVINGSTON, C.J.; and MEIER, J.

 

DELIVERED: 
May 6, 2011














         
[1]See
Tex. R. App. P. 47.4, 52.8(d).